AO 91 (Rev. 11/11) Criminal Complaint

EG

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:23-mj-350 |
| | ) |
| | ) |
| | ) |
| Jamal Rashad Frazier | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 05/24/2023 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) & 18 U.S.C. 924(a)(8) | Possession of a Firearm or Ammunition by a Prohibited Person; and |
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(viii) | Possession w/ Intent to Distribute a Controlled Substance, Namely Methamphetamine. |

This criminal complaint is based on these facts:
See Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Shane Messner, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/7/2023

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*

City and state: Columbus, Ohio

# AFFIDAVIT

I, Shane Messner, being duly sworn, depose and state that:

I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since November 2005. I am a graduate of the ATF National Academy Special Agent Basic Training and the Federal Law Enforcement Training Center Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to Federal firearms and narcotics violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Jamal Rashad FRAZIER, aka "Mally" (DOB: 02/10/92), for a violation of Title 18, United States Code, Section 922(g)(1): Possession of a firearm and/or ammunition by a convicted felon; and for a violation of Title 21, United States Code, Section 841(a)(1): Possession with Intent to Distribute a Controlled Substance, Namely Methamphetamine. The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related investigative reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On May 24, 2023, an ATF Special Agent (hereinafter referred to as the UC Agent), acting in an undercover (UC) capacity, conducted a UC operation and purchased a Glock 9mm pistol with an attached machinegun conversion device commonly referred to as a "Glock switch" along with approximately 455 grams (total weight including packaging) of methamphetamine from FRAZIER for a total of $4,850.00 at a pre-determined location in Columbus, Ohio, in the Southern Judicial District of Ohio. This was a pre-agreed upon meeting between the UC Agent and FRAZIER for the purpose of FRAZIER to sell the firearm and narcotics to the UC Agent. Additionally, other UC Agent(s)/Officer(s) were also present during this operation. FRAZIER arrived to the location in his previously identified vehicle, a gray 2007 Chevrolet SUV. Prior to exiting the vehicle, FRAZIER handed the UC Agent a clear bag containing a quantity of methamphetamine. FRAZIER then exited and met with UC-1 in a separate area of the location. The UC Agent weighed the clear bag containing the methamphetamine and it weighed 16.2 ounces (with packaging), or the equivalent of approximately 455 grams (with packaging). Soon after, FRAZIER removed a Glock, GEN5 pistol with an attached machinegun conversion device from within his right waistband/pocket area, and FRAZIER manipulated the Glock switch saying, "…push it on…push it off…" Shortly after, Frazier handed the firearm to the UC Agent. The UC Agent examined the firearm along with the rear slide area and identified a Glock switch that would alter the function of the firearm from semi-automatic to fully automatic (a machinegun conversion device). The UC Agent further identified the firearm as being a Glock, Model 19GEN5, 9mm caliber pistol, bearing serial number BTPN602, with an attached machinegun conversion device. The UC Agent and FRAZIER discussed the prices of the firearm and the methamphetamine. Shortly after, the UC Agent provided $3,000.00 in ATF "buy" money for the narcotics and an additional $1,850.00 in ATF "buy" money for the firearm to FRAZIER for a total amount of $4,850.00 in ATF "buy" money provided to FRAZIER. Shortly after, FRAZIER returned to and entered his vehicle, and soon after he departed the area.

3. On or around June 2, 2023, the Drug Enforcement Administration (DEA) later tested the above-mentioned suspected methamphetamine that was purchased, and it was identified as being Methamphetamine Hydrochloride, with a net weight of 447.5 grams +/- 0.2 grams, having a substance purity of 99% +/- 6%, resulting in an amount of pure substance of 443.0 grams +/- 27.0 grams.

4. Your affiant previously reviewed judgment orders from the Franklin County Court of Common Pleas relating to two (2) felony convictions for FRAZIER, which revealed the following: 1) in Franklin County Court of Common Pleas, Case Number 20CR4389, FRAZIER pled guilty to Trafficking in Fentanyl Related Compound, a felony of the 1st degree, on or around October 25, 2021; and 2) in Franklin County Court of Common Pleas, Case Number 11CR3936, FRAZIER pled guilty to Carrying a Concealed Weapon, a felony of the 4th degree, on or around April 2, 2012. These offenses were punishable by a prison term exceeding one (1) year.

5. On June 6, 2023, ATF Special Agent (SA) Jason Burns reviewed the information on the above-mentioned firearm related to this investigation to determine the origin and status as to travel in interstate and/or foreign commerce. SA Burns is an ATF Interstate Nexus Expert, is a graduate of the ATF Firearms Interstate Nexus Training School, and is certified in making firearms and ammunition interstate nexus determinations. SA Burns determined that the Glock, Model 19GEN5, 9mm caliber pistol, bearing serial number BTPN602, with an attached machinegun conversion device, was not manufactured in the state of Ohio, and therefore moved/affected interstate/foreign commerce to arrive in the state of Ohio.

6. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms and narcotics violations, your affiant believes that probable cause exists that on or around May 24, 2023, Jamal FRAZIER, a previously convicted felon, did possess a firearm which was not manufactured in the state of Ohio and therefore travelled in and/or affected interstate commerce, a violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8); and did possess with intent to distribute a controlled substance, namely methamphetamine, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

Shane Messner, ATF Special Agent

Sworn to before me and signed in my presence.

Chelsey M. Vascura
U.S. MAGISTRATE JUDGE

6/7/2023
Date